IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO A. SOTO, | 1:05-CV-1338 AWI WMW P |
| Plaintiff, | ORDER TO SUBMIT NEW APPLICATION TO PROCEED |
| vs. | IN FORMA PAUPERIS **OR** PAY FILING FEE |
| MATTHEW C. KRAMER, et al., | |
| Defendants. / | |

      Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, and has submitted a certified copy of his prison trust account statement. However, plaintiff has not submitted a completed application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff will be provided the opportunity to submit a new application to proceed in forma pauperis and the required original signature by an authorized officer of the institution of incarceration, **or** pay the $250.00 filing fee.

    Accordingly, IT IS HEREBY ORDERED that:

      1. The Clerk's Office shall send to plaintiff the form for application to proceed in forma pauperis.

1

1   2.  Within thirty days of the date of service of this order, plaintiff shall submit a completed application to proceed in forma pauperis with the required signature of an authorized officer of the institution of incarceration, **or** in the alternative, pay the $250.00 filing fee for this action.  Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:   November 16, 2005                                        /s/  William M. Wunderlich
j14hj0                                                                               UNITED STATES MAGISTRATE JUDGE

2