**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**FERNANDO SOTO,**

       **Plaintiff,**                      **CV F 05 1338 OWW WMW P**

   **vs.**                               **ORDER RE MOTION (DOC 15 )**

**MATTHEW KRAMER, et al.,**

       **Defendants.**

       **Plaintiff has filed a motion for leave to file a second amended complaint. Good cause appearing, IT IS HEREBY ORDERED that Plaintiff is granted leave to file a second amended complaint. The second amended complaint is due filed thirty days from the date of service of this order.**

IT IS SO ORDERED.

**Dated:**   **June 8, 2007**                     **/s/ William M. Wunderlich**
                                                UNITED STATES MAGISTRATE JUDGE