IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO A. SOTO,  <br>  Plaintiff,  <br>  vs.  <br>MATTHEW C. KRAMER, et al.,  <br>  Defendants.  <br>_____/ | 1:05-cv-01338 AWI WMW (PC)  <br>  <br>ORDER GRANTING MOTION TO EXTEND TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS  <br>  <br>(DOCUMENT #19)  <br>  <br>(30) THIRTY DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On November 19, 2007, plaintiff filed a motion to extend time to file objections to findings and recommendations. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file objections to findings and recommendations.

IT IS SO ORDERED.

**Dated:   December 7, 2007**          **/s/  William M. Wunderlich**
                                                        UNITED STATES MAGISTRATE JUDGE