IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FERNANDO A. SOTO,

    Plaintiff,                          CV F 05 1338 AWI WMW P

    vs.                                ORDER RE: FINDINGS & RECOMMENDATIONS (#18)

MATTHEW KRAMER, et al.,

    Defendants.

_____/

        Plaintiff is a state prisoner proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

        On November 5, 2007, findings and recommendations were entered, recommending dismissal of this action for failure to prosecute and obey a court order. Plaintiff was provided an opportunity to file objections within thirty days. On December 10, 2007, Plaintiff was granted a thirty day extension of time. Plaintiff has not filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case. Having carefully reviewed the

1

1  entire file, the court finds the findings and recommendations to be supported by the record and
2  proper analysis.
3       Accordingly, THE COURT HEREBY ORDERS that:
4       1. The Findings and Recommendations issued by the Magistrate Judge on
5  November 5, 2007, are adopted in full; and
6       2. This action is dismissed without prejudice for failure to prosecute and obey a
7  court order.  The Clerk is directed to close this case.
8
9  IT IS SO ORDERED.
10 **Dated:   January 26, 2008**                    /s/ Anthony W. Ishii
                                            UNITED STATES DISTRICT JUDGE